Donald L. Gaffney (Admitted *Pro Hac Vice*)
Don Bivens (Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
One Arizona Center, 400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-Mail:    dgaffney@swlaw.com
           dbivens@swlaw.com

Eric S. Pezold (#255657)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
E-Mail:    epezold@swlaw.com

Michael J. Reilly (Admitted *Pro Hac Vice*)
Jonathan B. Alter (Admitted *Pro Hac Vice*)
Mark W. Deveno (Admitted *Pro Hac Vice*)
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, Connecticut 06103-3178
Telephone: (860) 240-2700
Facsimile: (860) 240-2800
E-Mail:    michael.reilly@bingham.com
           jonathan.alter@bingham.com
           mark.deveno@bingham.com

Co-Counsel for Plaintiff the Official
Committee of Unsecured Creditors

**FILED**
JAN 22 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

**U.S. BANKRUPTCY COURT**
**ENTERED**
JAN 22 2010
Jon D. Ceretto, Clerk of Court
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>WOODSIDE GROUP, LLC, et al.,<br><br>Debtors. | Case No. 6:08-bk-20682-PC<br><br>Jointly Administered<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the Estate of Woodside Group, LLC, et al.,<br><br>Plaintiff,<br><br>v. | Adversary Case No.: 6:09-ap-01534-PC<br><br>[~~PROPOSED~~] ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS LEAVE TO FILE UNDER SEAL EXHIBIT "G" TO ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION |

10975169

| | |
|---|---|
| EZRA K. NILSON, individually and as Trustee of The Nilson Family Revocable Trust, u/a/d 11/10/2004; LEICHA B. NILSON, individually and as Trustee of The Nilson Family Revocable Trust, u/a/d 11/10/2004; THE NILSON FAMILY REVOCABLE TRUST, U/A/D 11/10/2004, a trust settled under the laws of the State of Utah; LEONARD K. ARAVE, an individual; DAVID CROCKETT, an individual; NATHAN W. PUGSLEY, an individual; and SETH J. URE, an individual,<br><br>Defendants. | **SHOULD NOT ISSUE**<br><br>**Hearing**<br>Date:    December 14, 2009<br>Time:    10:30 a.m.<br>Place:   United States Bankruptcy Court<br>         Courtroom 304<br>         3420 Twelfth St.<br>         Riverside, CA |

Upon consideration of that certain *Ex Parte Motion for Order Granting Official Committee of Unsecured Creditors Leave to File Under Seal Exhibit "G" to Its Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue* (the "Motion to Filed Under Seal") filed by Plaintiff, the Official Committee of Unsecured Creditors, on behalf of the Woodside bankruptcy estates (the "Committee"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. The Motion to File Under Seal is granted in its entirety;

2. The Committee is authorized to file under seal Exhibit "G" to its *Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Supporting Memorandum of Points and Authorities*.

DATED: January 22, 2010

*[signature]*

Peter H. Carroll
United States Bankruptcy Judge

10975169

- 2 -

| In re: | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:09-ap-01534-PC |

#### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Granting Official Committee of Unsecured Creditors Leave to File Under Seal Exhibit "G" to its Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 1/22/10 ____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Evan C Borges    eborges@irell.com, bblythe@irell.com
Donald L Gaffney    dgaffney@swlaw.com
Lauren N Gans    lgans@stutman.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☑ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                    F 9021-1.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:09-ap-01534-PC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Michael J. Reilly    michael.reilly@bingham.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**